UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:19-mj-03246 AOR

UNITED STATES OF AMERICA

v.

SANTOSH GAIKWAD,

    Defendant.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office Prior to August 9, 2013 (Mag. Judge Alicia Valle)?  __ Yes  _X_ No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?  __ Yes  _X_ No


Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

Eli S. Rubin
Assistant United States Attorney
99 N.E. 4th Street
Miami, Florida 33132
Tel (305) 961-9247
Fax (305) 530-7976
Email: Eli.Rubin@usdoj.gov

# United States District Court

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.

SANTOSH GAIKWAD

**CRIMINAL COMPLAINT**

CASE NUMBER: 1:19-mj-03246 AOR

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. From on or about July 23, 2019, through on or about July 27, 2019, at the Port of Miami, in Miami-Dade County in the Southern District of Florida and elsewhere, the defendant, SANTOSH GAIKWAD, did knowingly and intentionally combine, conspire, confederate and agree with at least one other person to import into the United States, from a place outside thereof, a Schedule II controlled substance, that is, a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 952(a); all in violation of Title 21, United States Code, Section 963.

I further state that I am a Special Agent with Homeland Security Investigations/U.S. Immigration and Customs Enforcement, and that this complaint is based on the following facts:

On July 27, 2019, A.D., an employee of Carnival Cruise Lines, Inc. ("Carnival") who worked in the kitchen on the vessel Carnival Horizon, was arrested trying to import a white powdery substance that proved positive for the presence of cocaine. A.D. had concealed the cocaine in two small packages attached to the bottoms of his sandals. He admitted to having imported cocaine four previous times. Following A.D.'s arrest, Carnival conducted an investigation to determine if any other employees were engaged in the importation of cocaine. SANTOSH GAIKWAD, a fellow employee working in the kitchen on Carnival Horizon, admitted to Carnival personnel that he agreed with A.D. to bring sandals containing drugs from Jamaica and/or Curacao into Miami, Florida on at least two occasions. Among other admissions, GAIKWAD stated that he was with A.D. and one other employee in Ocho Rios, Jamaica on July 23, 2019, and that they each received a pair of sandals. GAIKWAD further admitted that he knew the sandals contained drugs but nonetheless agreed to bring them into Miami on July 27, 2019. However, on July 27, 2019, before GAIKWAD could disembark the vessel with the sandals, he saw A.D. get caught and disposed of the sandals.

After his admission to Carnival security officers, GAIKWAD returned to the Port of Miami on August 4, 2019, when I interviewed him. The interview was recorded, and GAIKWAD was assisted throughout by a Hindi interpreter. He was read his Miranda rights and executed a Miranda waiver form. He again admitted to agreeing with A.D. to bring sandals containing drugs into Miami.

*[remainder of page left blank]*

A third Carnival employee, S.F., has also admitted to working with A.D. and GAIKWAD to bring sandals containing powder into Miami. S.F. specifically admitted that he was with GAIKWAD and A.D. in Ocho Rios, Jamaica when they received the sandals. Further, Carnival's records detailing each employee's onboarding and disembarking of the vessel confirm GAIKWAD's presence on July 23, 2019, in Ocho Rios, Jamaica.

OSTEN BERRY, SPECIAL AGENT
HOMELAND SECURITY INVESTIGATIONS
U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT

Sworn to before me, and subscribed in my presence,

August 5, 2019                                    at       Miami, Florida
Date                                                        City and State

ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer                Signature of Judicial Officer